[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-15685
Non-Argument Calendar
_____

D.C. Docket No. 6:11-cr-00025-GKS-DAB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMOND ARCHIE BOYD, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(August 5, 2013)

Before TJOFLAT, PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel for Raymond Boyd, Jr., in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Boyd's conviction and sentence are **AFFIRMED**.[1]

---

[1] We have conducted our review without applying the appeal waiver in the plea agreement because the district court failed to sufficiently discuss the waiver with Boyd at the change of plea hearing.  *See, e.g., United States v. Johnson*, 541 F.3d 1064, 1066 (11th Cir. 2008).

2